# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                               NO. 4:07CR00163-001 SWW

JACK RONDLE PIPKIN

### JUDGMENT OF ACQUITTAL

This action came on for trial on April 14, 2008, before the Court and a jury, the Honorable Susan Webber Wright, United States District Judge, presiding.  At the conclusion of testimony for the parties, arguments of counsel and due deliberation by the jury on April 18, 2008, a verdict of *not guilty* was returned on Counts 1, 6 and 13.

IT IS THEREFORE ORDERED AND ADJUDGED that defendant Jack Rondle Pipkin is hereby acquitted of the charges set out in Counts 1, 6 and 13 of the second superseding indictment and pursuant to the verdict, defendant is hereby discharged as to Counts 1, 6 and 13.

Dated this 22nd day of April, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE