# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                              No.  4:07CR00163-001 SWW

JACK RONDLE PIPKIN

### ORDER

At the conclusion of the trial of this matter on April 18, 2008, after lengthy jury deliberations, the Court was advised that a unanimous verdict could not be reached on Counts 3, 4, 8, 9, 11, 12, 14, 15 and 16 of the second superseding indictment.  Accordingly, this Court declared a mistrial, and the case now should be rescheduled for a new trial.

IT IS THEREFORE ORDERED that this case is set for a new trial to a jury on Counts 3, 4, 8, 9, 11, 12, 14, 15 and 16 of the second superseding indictment to begin at *9:30 a.m. on Monday, MAY 5, 2008.*  The parties are directed to submit any revised jury instructions and voir dire questions on or before *May 1, 2008.*  If possible, the Court requests counsel to provide the instructions saved as a WordPerfect document or Rich Text Format file attached  to an e-mail addressed to swwchambers@ared.uscourts.gov.  Please type the case name and number in the subject box.  Otherwise, the Court requests counsel to provide the instructions on a 3 ½" diskette, along with the written copy.

*Pursuant to General Order No. 54, counsel for defendant is authorized to bring electronic devices(s) into the courthouse for this proceeding.*

IT IS SO ORDERED this 22nd day of April, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE