## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * * * * | |
| VS. | * * | NO: 4:07CR00163 SWW |
| JACK RONDLE PIPKIN | * * | |

### ORDER

Before the Court is Jack Rondle Pipkin's motion, pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure, seeking the return of property, specifically the contents of his vehicle, seized from his possession on September 8, 2004. The time for responding has passed, and the Government has not filed a response. The motion (docket entry #152) is GRANTED. The Government is directed to return said property to Pipkin within 15 days from the entry date of this order.

IT IS SO ORDERED THIS 10th DAY OF JUNE, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE